# United States Navy-Marine Corps Court of Criminal Appeals

———————————————

**UNITED STATES**
Appellee

**v.**

**Geoffrey R. MILLS**
Aviation Electronics Technician First Class (E-6), U.S. Navy
Appellant

**No. 201800362**

Appeal from the United States Navy-Marine Corps Trial Judiciary.

Decided: 5 April 2019.

Military Judge:
Commander Shane E. Johnson, JAGC, USN.

Sentence adjudged 20 August 2018 by a general court-martial convened at Joint Base Pearl Harbor-Hickam, Hawaii, consisting of a military judge sitting alone. Sentence approved by convening authority: reduction to E-1, confinement for 18 months,[1] and a dishonorable discharge.

For Appellant:
*Captain Bree A. Ermentrout, JAGC, USN.*

For Appellee:
*Lieutenant George R. Lewis, JAGC, USN.*

———————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

---

[1]The Convening Authority suspended confinement in excess of 12 months pursuant to a pretrial agreement.

Before HUTCHINSON, TANG, and GERDING,
*Appellate Military Judges.*

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are correct in law and fact and that no error materially prejudicial to the appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence as approved by the convening authority are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court